DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILLIAM C. HAMM,** the Ward,
Appellant,

v.

**WILLIAM H. HAMM, III** and **CANDACE S. HAMM,**
Appellees.

No. 4D16-2683

[November 9, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Janis Brustares Keyser, Judge; L.T. Case No. 50-2016-GA-00018-XXXX-MB.

Jane Kreusler-Walsh and Rebecca Mercier Vargas of Law Office of Kreusler-Walsh, Compiani & Vargas, P.A., West Palm Beach, Elizabeth Parker of Kaplan Sconzo & Parker, P.A., Palm Beach Gardens, and Stephen M. Zaloom of Zaloom Law Firm, PLLC, Juno Beach, for appellant.

James G. Pressly, Jr. and J. Grier Pressly, III of Pressly & Pressly, P.A., West Palm Beach, for appellees.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and TAYLOR, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***